In the Matter of SEYMOUR FEIN, Respondent, v. ROBERT O. LOWERY, as Commissioner of the Fire Department of the City of New York, Appellant.—

Concur — Eager, J. P., Markewich, Nunez, McNally and Steuer, JJ.